30 APR '21 11:53 RECVD USDC-ORP

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**PORTLAND DIVISION**
***(Select the Division in which the complaint is filed.)***

Larry D. Johnson pro Se

***(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)***

**-against-**

**Multnomah County**

1. **Thomas Brenneke**
2. **Kenneth De Groot**
3. **Guardian Management LLC**
4. **Guardian Real Estate Services**
5. **Uptown Tower Apartments**
6. **Lisa Simonson**
7. **Kelly Paine**
8. **Lisa Rudhe** **Defendants**

**Complaint for a Civil Case**

**Case No.** 3:21-cv-00685-AC
***(to be filled in by the Clerk's Office)***

**Jury Trial:** ☒ **Yes** ☐ **No**
***(check one)***

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Larry Johnson |
| Street Address | Apt. 207 712 S.W. Saint Clair Ave. |
| City and County | Portland Multnomah County |
| State and Zip Code | Oregon 97205 |
| Telephone Number | 541-801-6979 |
| E-mail Address | uptown97205@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Thomas Brenneke |
| Job or Title (if known) | sole proprietor |
| Street Address | 760 SW 9th Ave. # 2200 |
| City and County | Portland Multnomah County |
| State and Zip Code | Oregon 97205 |
| Telephone Number | 503-802-3600 |
| E-mail Address (if known) | thomas.brenneke@gres.com |

Defendant No. 2

| | |
|---|---|
| Name | Kenneth De Groot |
| Job or Title (if known) | ex convict extensive history of drug offenses |
| Street Address | Apt. 305 712 S.W. Saint Clair Ave |
| City and County | Portland Multnomah |

**State and Zip Code** Oregon 97205
**Telephone Number**
**E-mail Address (if known)**

**Defendant No. 3**

**Name** Guardian Management LLC
**Job or Title (if known)** corporation
**Street Address** 760 SW 9th Avenue #2200
**City and County** Portland, Multnomah County
**State and Zip Code** Oregon 97205
**Telephone Number** 503-802-3600
**E-mail Address (if known)** thomas.brenneke@gres.com

**Defendant No. 4**

**Name** Guardian Real Estate Services
**Job or Title (if known)** corporation
**Street Address** 760 SW 9th Avenue #2200
**City and County** Portland Multnomah
**State and Zip Code** Oregon 97205
**Telephone Number** 503-802-3600
**E-mail Address (if known)** thomas.brenneke@gres.com

Defendant No. 5

| | |
|---|---|
| Name | Uptown Tower Apartments |
| Job or Title (if known) | Apartment Building/Guardian Mgt. |
| Street Address | 712 S.W. Saint Clair Avenue |
| City and County | Portland Multnomah |
| State and Zip Code | Oregon 97205 |
| Telephone Number | 503-248-9645 |
| E-mail Address (if known) | uptowntower@gres.com |

Defendant No. 6

| | |
|---|---|
| Name | Lisa Simonson |
| Job or Title (if known) | Office Manager/Uptower Apts. |
| Street Address | 712 SW Saint Clair Avenue |
| City and County | Portland Multnomah |
| State and Zip Code | Oregon 97205 |
| Telephone Number | 503-248-9645 |
| E-mail Address (if known) | uptowntower@gres.com |

Defendant No. 7

| | |
|---|---|
| Name | Kelly Paine |
| Job or Title (if known) | portfolio manager / Guardian Mgt. |
| Street Address | 760 SW 9th Avenue Suite 2200 |
| City and County | Portland Multnomah |
| State and Zip Code | Oregon 97205 |
| Telephone Number | 503-802-3505 |
| E-mail Address (if known) | kellypaine@gres.com |

Defendant No. 8

| | |
|---|---|
| Name | Lisa Rudhe |
| Job or Title (if known) | common criminal and petty thief |
| Street Address | apartment 401 or (L 4?) 712 S.W. Saint Clair Avenue |
| City and County | Portland Multnomah |
| State and Zip Code | Oregon 97205 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 9

| | |
|---|---|
| Name | unknown or unidentified |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 10

| | |
|---|---|
| Name | unknown or unidentified |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

## II. Basis for Jurisdiction

**What is the basis for federal court jurisdiction?** ***(check all that apply)***

☒ **Federal question** ☐ **Diversity of citizenship**

**Fill out the paragraphs in this section that apply to this case.**

### A. If the Basis for Jurisdiction Is a Federal Question

**List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.**

Fair Housing Act complaint reasonable accommodation
42 USC @3684 et. al HUD hostile living enviroment
24 CFR part 100, breach of agreement HUD Model
Lease for Subsidized Programs HUD-90105a HB 4350,3 Rev,

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

#### 1. The Plaintiff(s)

**a. If the plaintiff is an individual**

**The plaintiff, *(name)*** Larry Johnson **is a citizen of the State of *(name)*** Oregon.

**b. If the plaintiff is a corporation**

**The plaintiff, *(name)*** ______________________, **is incorporated under the laws of the State of *(name)*** ______________________, **and has its principal place of business in the State of *(name)*** ______________________.

***(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)***

#### 2. The Defendant(s)

Thomas Brenneke, Garrett Lamar Miles
Lisa Simonson, Kelly Paine Lisa Radke
All individual defendants are residents of the State of Oregon

**Defendant(s)**

**Guardian Management, Guardian Real Estate Services, Uptown Tower Apartments are all incorporated under the laws of the State of Oregon with principal place of business in the State of Oregon.**

---

3. **The Amount in Controversy**

**The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:**

$75,000.00 or less each defendant to be held jointly and severally

## III. Statement of Claim

## STATEMENT OF CLAIM

Plaintiff Larry Johnson has resided at Section 8 HUD subsidized elderly and disabled Uptown Tower Apartments since 2015. Plaintiff is elderly with known disabilities under Social Security Disability Insurance with in-home healthcare federally funded in part by the Older Americans Act.

Defendant Kenneth DeGroot is an adult receiving limited Social Security benefits. Defendant DeGroot is a subsidized resident at Defendant Uptown Tower Apartment. De Groot has an extensive drug abuse and criminal conviction history in Portland, Oregon with State of Oregon prison sentences. Defendant DeGroot was named a respondent by me in a current Multnomah County elder/disabled abuse protective order proceeding (PO#20PO03416) and judicially found to be an "immediate danger" to me. De Groot was served on April 19, 2021 by a Multnomah Sheriff's Deputy. Defendant De Groot is in violation of his HUD rental agreement and HUD subsidized hostile living environment rules and laws. Defendant DeGroot with Defendant Lisa Rudhe and others are actively engaged in the possession sales and manufacture of illegal drugs (methamphetamine and heroin) as residents of government subsidized Uptown Tower Apartments for the elderly and disabled in Portland, Oregon. Defendant Kenneth De Groot's rent is subsidized as low income but yet he is able to afford multiple vehicles and lease parking places for his vehicles from Chevron Portland, 2230 West Burnside across the street from his subsidized apartment at Uptown Tower Apartments. Defendant Uptown Tower Apartments and its managers have consistently failed to conduct an accurate asset and income assessment required by HUD rules and regulations for tenant De Groot concerning his assets and money laundering income to calculate his monthly subsidized rent despite many complaints in his Uptown Tower Apartment file.

Defendant Lisa Rudhe (non-elderly or non-disabled) is an alcoholic and drug addicted fully subsidized tenant without any legitimate income living and residing in two assigned apartments at the elderly and disabled Uptown Tower Apartments, in violation of HUD Rules and Regulations. Defendant Rudhe due to chronic substance abuse intoxication is the subject of many violations and complaints at Uptown Tower Apartments. Rudhe has a lengthy criminal history in Oregon of petty theft and misdemeanor offenses and convictions with no employment history punctuated by a long history of failed rehabilitation attempts.

Defendant Thomas Brenneke is a third-generation landlord under limited liability corporate protection that utilizes government subsidies and funding sources for real estate acquisitions like Uptown Tower and other distressed real properties thru his defendant corporations, Guardian Real Estate Services and Guardian Management et.al.. Defendant Kelly Paine is a "vertical integration portfolio manager" of Defendant Brenneke. Lisa Simonson is the office manager for defendant Brenneke at Uptown Tower Apartments.

On multiple occasions, I filed ongoing Fair Housing Act complaints under reasonable accommodation as an elderly/disabled resident directed at Defendant "Guardian et.al" thru HUD and State of Oregon Bureau of Labor and Industries for security measures, the removal, eviction, and or transfer of Defendants Kenneth DeGroot and Lisa Rudhe with repeated denial from Guardian and its managers. Defendants are

refusing to provide me with reasonable accommodation as a disabled/elderly resident at Uptown Tower necessary to afford the equal opportunity to enjoy my home at 712 SW Saint Clair Avenue. Defendant Guardian and its managers are non-compliant with the Fair Housing Act and HUD rules and regulations with no developed in-house rules to prevent the creation and fostering of a hostile living environment by criminal elements within and outside the apartment building.

**IV. Relief**

**State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.** Liberal Construement of all pro se pleadings. Appointment of legal counsel pursuant to 42USC @3613(b). Judgement in favor of Larry Johnson, reasonable cost, expenses, expenses and attorney fees pursuant to 42USC@ 3613(c)(2) and for such other relief as the Court deems just and equitable. Remove, evict, transfer Lisa Rudhe, Kenneth DeGroot from the HUD subsidized Uptown Tower Apartments pursuant to the Fair Housing Act, HUD hostile living environment and Model Lease agreement rules and laws under reasonable accomodation denial from defendants. Investigation criminal activity at Uptown Tower

**V. Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A. For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: April 18, 2021.

Signature of Plaintiff [signature]

Printed Name of Plaintiff Larry Johnson pro se